AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

Rodney G. Smith, Executive Director of
Teamsters Union 25 Health Services and
Insurance Plan

V.

Coastal Oil New England, Inc., and
El Paso Merchant-Energy Petroleum Company

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 - 1253  MEL

TO: (Name and address of Defendant)

Coastal Oil New England, Inc.
1001 Louisiana Street
Houston, TX 77002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 8 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DECEMBER 14, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒☒ Other (specify): BY DELIVERING SAID COPIES TOGETHER WITH COPIES OF THE CIVIL ACTION COVER SHEET, TO CT CORPORATION SYSTEM, IT'S RESIDENT AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO YVETTE CONCEPCION, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS.  SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $25.00 | $40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    DECEMBER 14, 2004
Date

Signature of Server   BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOICATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.