UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RODNEY G. SMITH, EXECUTIVE DIRECTOR )
OF THE TEAMSTERS UNION 25 HEALTH )
SERVICES AND INSURANCE PLAN, )
                                            )
               Plaintiff, )
                                            )
v.                                       )     Civil Action No. 04-12568-MEL
                                            )
COASTAL OIL NEW ENGLAND, INC. AND )
EL PASO MERCHANT-ENERGY PETROLEUM )
COMPANY, )
                                            )
                           Defendants. )

---

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER OR OTHERWISE RESPOND**

NOW COMES the Defendants, Coastal Oil New England, Inc. and El Paso
Merchant-Energy Petroleum Company, and hereby move this Honorable Court for a brief
extension of time to move, answer or otherwise respond until January 18, 2005. As
grounds for this brief extension, Defendants note that Plaintiff has assented-to this
Motion and Defendants' counsel only just received a copy of the Complaint.

                             Respectfully submitted,

                             COASTAL OIL NEW ENGLAND, INC.
                             AND EL PASO MERCHANT-ENERGY
                             PETROLEUM COMPANY

                             By their attorneys,

                             _____
                             Gregory C. Keating (BBO # 564523)
                             Amy L. Nash (BBO # 647304)
                             LITTLER MENDELSON, P.C.
                             One International Place
                             Suite 2700
                             Boston, MA 02110
                             (617) 378-6000

Dated: December 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on December 29, 2004.

_____
Gregory C. Keating

Boston:5784.1 021648.1000