UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>        Plaintiff,<br><br>v.<br><br>COASTAL OIL NEW ENGLAND, INC. AND EL PASO MERCHANT-ENERGY PETROLEUM COMPANY,<br><br>        Defendants. | Civil Action No. 04-12568-MEL |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND

NOW COMES the Defendants, Coastal Oil New England, Inc. and El Paso Merchant-Energy Petroleum Company, and hereby move this Honorable Court for a brief extension of time to move, answer or otherwise respond until February 7, 2005. As grounds for this brief extension, Defendants state that (1) Plaintiff has assented-to this Motion and (2) the parties are trying to settle this matter without resort to litigation.

Respectfully submitted,

COASTAL OIL NEW ENGLAND, INC. AND
EL PASO MERCHANT-ENERGY
PETROLEUM COMPANY

By their attorneys,

_____
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: January 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on January 18, 2005.

_____
Gregory C. Keating

Boston:6036.1