UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL OIL NEW ENGLAND, INC. AND EL PASO MERCHANT-ENERGY PETROLEUM COMPANY,<br><br>Defendants. | Civil Action No. 04-12568-MEL |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND

NOW COMES the Defendants, Coastal Oil New England, Inc. and El Paso Merchant-Energy Petroleum Company, and hereby move this Honorable Court for a **final** extension of time to move, answer or otherwise respond until March 24, 2005. As grounds for this brief extension, Defendants state that (1) Plaintiff has assented-to this Motion and (2) the parties are near settlement of this matter and are simply awaiting final approval of the Trustees of the Teamsters Union 25 Health Services and Insurance Plan.

Respectfully submitted,

COASTAL OIL NEW ENGLAND, INC. AND
EL PASO MERCHANT-ENERGY
PETROLEUM COMPANY

By their attorneys,

_____
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: March 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on March 8, 2005.

_____
Gregory C. Keating

Boston:6369.1 021648.1063