

A PROFESSIONAL CORPORATION

FILED
IN CLERKS OFFICE
2005 MAR 24 A 11:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

March 24, 2005

Gregory C. Keating
Direct: 617.378.6003
Direct Fax: 617.737.0052
gkeating@littler.com

**BY HAND DELIVERY**

Civil Clerk's Office
United States District Court
One Courthouse Way
Suite 2300
Boston, MA 02210

Re: ***Rodney G. Smith v. Coastal Oil New England, Inc. and El Paso Merchant-Energy Petroleum Company***
***Civil Action No. 04-12568-MEL***

Dear Sir or Madam:

This letter is to advise the Court that the parties have settled the above-entitled matter. A Stipulation of Dismissal will be forthcoming in the near future.

Very truly yours,

Gregory C. Keating

GCK/tlm

cc: Kathleen A. Pennini, Esq.

Boston:7228.1