UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RODNEY G. SMITH, EXECUTIVE DIRECTOR )
of the TEAMSTERS UNION 25 HEALTH SERVICES )
AND INSURANCE PLAN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 04-12568-MEL
)
COASTAL OIL NEW ENGLAND, INC. and )
EL PASO MERCHANT-ENERGY PETROLEUM )
COMPANY, )
)
    Defendants. )

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All parties stipulate that the claims of the plaintiff in the above-entitled action are hereby voluntarily discontinued and dismissed with prejudice pursuant to Rule 41 (a)(1)(ii) F.R.Civ.P., with the Defendants to bear the Plaintiff's attorney's fees of $1,719.50 and costs of $230.00.

| For the Plaintiff, | For the Defendants, |
|---|---|
| RODNEY G. SMITH, | COASTAL OIL NEW ENGLAND, INC. |
| EXECUTIVE DIRECTOR of the | and EL PASO-MERCHANT ENERGY |
| TEAMSTERS UNION 25 HEALTH | PETROLEUM COMPANY, |
| SERVICES AND INSURANCE PLAN, | By their attorneys, |
| By his attorneys, | |
| _/s/ Matthew E. Dwyer_ | _/s/ Gregory C. Keating_ |
| Matthew E. Dwyer | Gregory C. Keating |
| B.B.O. # 139840 | B.B.O. # 564523 |
| Kathleen A. Pennini | Amy L. Nash |
| B.B.O. # 654573 | B.B.O. # 647304 |
| Dwyer, Duddy and Facklam | Littler Mendelson, P.C. |
| One Center Plaza, Suite 360 | One International Place, Suite 2700 |
| Boston, MA 02108-1804 | Boston, MA 02110 |
| (617) 723-9777 | (617) 378-6000 |
| Date: 3/29/05 | Date: 3/30/05 |

f:\l25hsip\coastaloilne\pldg\stip.dismissal.prejudice.doc:blg